# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

August 13, 2001

### Before

**Hon.** JOEL M. FLAUM, Chief Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** MICHAEL S. KANNE, Circuit Judge

| | |
|---|---|
| JERRY MONTGOMERY,<br>    *Petitioner-Appellant*,<br><br>**No.** 00-2869      **v.**<br><br>RONDLE ANDERSON, Warden, Indiana State Prison,<br>    *Respondent-Appellee*. | Appeal from the United States District Court for the Northern District of Indiana, South Bend Division.<br><br>No. 3:00-CV-131 AS<br>Allen Sharp, *Judge*. |

### Order

The opinion of this court issued on August 13, 2001, is amended as follows:

Page 6, line 3, change "justles" to "jostles".